# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PETER M. HAVER** and **GALINA HAVER,**
Appellants,

v.

**BENJAMIN BLACK,**
Appellee.

No. 4D22-1548

[October 20, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562021CA000779.

Peter M. Haver, Crawfordville, for appellants.

Benjamin Black, Fort Pierce, pro se.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***